UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,
          Debtors.

Case No. 19-54531
Chapter 7
Hon. Lisa S. Gretchko

_____/

MICHAEL A. STEVENSON, CHAPTER 7
TRUSTEE AND ASSIGNEE OF THE RIGHTS
OF THOMAS RITTER,

          Plaintiff,

Adv. Pro. No. 21-04041-lsg
Hon. Lisa S. Gretchko

v.

WILLIAM NOBLE RARE JEWELS, L.P. and
WILLIAM NOBLE, jointly and severally,

          Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

On November 20, 2023, the Court issued its opinion ("Opinion"; ECF No. 135) denying Plaintiff's Motion For Leave To File First Amended Complaint ("Motion to Amend"; ECF No. 107). For the reasons set forth in the Opinion, all of which are incorporated herein,

IT IS HEREBY ORDERED that Plaintiff's Motion For Leave To File First Amended Complaint is denied.

**Signed on November 20, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko
United States Bankruptcy Judge**